UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:17-cr-112-T-33TGW

ARTURO RAMON MALDONADO

**NOTICE OF MAXIMUM PENALTY, ELEMENTS OF OFFENSE,
PERSONALIZATION OF ELEMENTS AND FACTUAL BASIS**

The United States of America, by and through the undersigned Assistant United States Attorney, respectfully alleges as follows:

1. The defendant in this case has indicated that he will enter a plea of guilty to the charges set forth in the Information.

2. In order to assist the Court in the final disposition of the case, the United States files the instant Notice setting forth the applicable essential elements of the offense, the applicable penalties, and the factual basis that would be established at trial.

ESSENTIAL ELEMENTS

The essential elements of a violation of 8 U.S.C. § 1709, theft of mail by United States Postal Service employee, are as follows:

First: The Defendant was a Postal Service employee at the time stated in the Information;

Second: The Defendant was entrusted with, or came into possession of, the mail matter described in the Information, and that matter was intended to be conveyed by the United States mail; and

Third: The Defendant knowingly embezzled the mail matter.

The essential elements of a violation of 8 U.S.C. § 1708, possession of stolen mail, are as follows:

First: The letter or mail matter described in the Information was stolen from the United States mail, a post-office or post-office station, a mail receptacle, or a mail route;

Second: The Defendant possessed the letter or mail matter after it was stolen; and

Third: The Defendant knew that the letter or mail matter was stolen.

## PENALTIES

The penalties for the offense charged in Count One of the Information are:

Imprisonment for not more than five years;

Supervised release for not more than three years;

Fine of not more than $250,000; and

A special assessment of $100.

The penalties for the offense charged in Count Two of the Information are:

Imprisonment for not more than five years;

Supervised release for not more than three years;

Fine of not more than $250,000; and

A special assessment of $100.

Additionally, the Court may order forfeiture, in a manner consistent with the Information.

## FACTUAL BASIS

In January 2016, a supervisor at the post office where Arturo Maldonado worked informed the U.S. Postal Service, Office of the Inspector General (OIG), that she had received numerous complaints of stolen mail along Maldonado's delivery routes. Maldonado works out of a post office in St. Petersburg, Florida, which is in the Middle District of Florida, and his mail routes are all in the Middle district of Florida.

On February 8, 2016, an OIG agent arranged for a piece of mail containing a $10 Wal-Mart gift card to be placed in Maldonado's mail case for delivery. Using known information about the gift card on Wal-Mart's website, the agent determined that the card had been used at a Wal-Mart in Tampa, Florida, on February 15, 2016. Wal-Mart provided the agent with security footage associated with the gift card's use. In the security video, Maldonado is seen using the card to make a purchase, going to his car, and

3

driving away. His license plate is visible in the video. The car is registered to Maldonado.

On February 24, 2016, Maldonado was delivering mail for the Postal Service, when the car alarm for his parked personal car went off at the post office. This was the same car that had been recorded in the Wal-Mart video. A postal employee then went into the parking lot to check on the car. From outside the car, he could see numerous pieces of mail inside the car.

Postal OIG met with Maldonado at the post office where he worked. Maldonado signed a consent-to-search form for his personal car, and agents found hundreds of pieces of sealed and rifled mail in his personal car. An OIG agent attempted to contact the individuals whose mail was in Maldonado's car. After obtaining statements from some of these individuals, the agent determined that Maldonado had stolen at least $1390.86 from the mail.

Maldonado also consented to a search of himself, and agents recovered an "arrow" key from him. Such keys can be used to open blue Postal Service mail collection boxes.

A law-enforcement officer also advised Maldonado of his *Garrity* rights. Maldonado waived these rights and consented to an interview. Maldonado said that he had taken the arrow key that had been found on him and had used

it six or seven times to steal mail from post office boxes that were not on his mail route.  He said that he had stolen the arrow key soon after starting at the St. Petersburg post office and that he had begun stealing mail from his routes about a month after starting.  He stated that he had stolen mail about every other day and that he would look for cash and gift cards in the mail that he had stolen.  Once he had tampered with mail, he said, he would not deliver it.  Instead, he said that he would store stolen mail in his car and then go to the Hillsborough County landfill to throw it away.  He said that he had made about five or six trips to the landfill.

        Respectfully submitted,

        A. LEE BENTLEY, III
        United States Attorney

By:    */s/ Gregory T. Nolan*
       Gregory T. Nolan
       Assistant United States Attorney
       United States Attorney No. 163
       400 N. Tampa Street, Ste. 3200
       Tampa, FL 33602-4798
       Telephone: (813) 274-6000
       Facsimile: (813) 274-6178
       E-mail: gregory.nolan@usdoj.gov

U.S. v. Arturo Ramon Maldonado         Case No. 8:17-cr-112-T-33TGW

**CERTIFICATE OF SERVICE**

I hereby certify that on March 15, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Raudel Vitier, AFPD

/s/ Gregory T. Nolan
Gregory T. Nolan
Assistant United States Attorney
United States Attorney No. 163
400 North Tampa Street, Suite 3200
Tampa, Florida  33602
Telephone:   (813) 274-6000
Facsimile:    (813) 274-6178
E-mail:         gregory.nolan@usdoj.gov